## Commonwealth *v.* Crossman, Appellant.

Submitted December 5, 1972. *David E. Auerbach*, Assistant Public Defender, for appellant; *Ralph B. D'Iorio*, Assistant District Attorney, *William R.*

*Toal,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.